(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Helfrich, John Arthur** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Helfrich, Kimberly Kay** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-4729** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-3570** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1410 Ann AVE**<br>**Dixon, IL 61021** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1410 Ann AVE**<br>**Dixon, IL 61021** |
| County of Residence or of the<br>Principal Place of Business:  **Lee** | County of Residence or of the<br>Principal Place of Business:  **Lee** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**\*\*\* Conrad Knuth 01495291 \*\*\***

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Name of Debtor(s):
**Helfrich, John Arthur**
**Helfrich, Kimberly Kay**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Arthur Helfrich**
Signature of Debtor **John Arthur Helfrich**

X **/s/ Kimberly Kay Helfrich**
Signature of Joint Debtor **Kimberly Kay Helfrich**

Telephone Number (If not represented by attorney)

**June 8, 2005**
Date

### Signature of Attorney

X **/s/ Conrad Knuth**
Signature of Attorney for Debtor(s)
**Conrad Knuth 01495291**
Printed Name of Attorney for Debtor(s)
**Conrad Knuth**
Firm Name
**P. O. Box 406**
**Ohio, IL 61349-0406**
Address
**(815) 376 4082**
Telephone Number
**June 8, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Conrad Knuth**          **June 8, 2005**
Signature of Attorney for Debtor(s)          Date
**Conrad Knuth**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re **John Arthur Helfrich,**
**Kimberly Kay Helfrich**

Case No. _____

_____ ,

Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 59,000.00 | | |
| B - Personal Property | Yes | 4 | 76,440.89 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 66,119.70 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 71,270.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,899.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,875.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 135,440.89 | | |
| | | Total Liabilities | | 137,390.03 | |

In re    **John Arthur Helfrich,**                                          Case No. _____

         **Kimberly Kay Helfrich**

_____ ,
                                      Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **debtors' residence, 1410 Anne AVE, Dixon, IL 61021 P.I.N.#07-02-28-453-003 having an estimated market value as determined by the Lee County Assessor of $53,457.00 and appraised by lender 10/4/04 for $65,500.00** | **Joint tenant** | **J** | **59,000.00** | **59,683.70** |

|  |  |  |
|---|---|---|
| Sub-Total > | **59,000.00** | (Total of this page) |
| Total > | **59,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                                             Best Case Bankruptcy

In re   **John Arthur Helfrich,**           Case No. _____

        **Kimberly Kay Helfrich**
                                                    ,
                            Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **debtors' savings account no. ##-##-#4266 located in Sterling Federal Bank FSB co-owned by debtors and husband's mother** | J | 138.97 |
| | | **debtors' joint personal checking account no. ##-##-######0123 located in Sterling Federal Bank FSB** | J | 722.92 |
| | | **savings account located at US Bank** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **debtors' refrigerator subject to lien** | J | 700.00 |
| | | **household goods and furnishings, appliances, and electronics, kitchenware, housewares, and linens, stove, deep freeze, washer, dryer, TV 2 VCR's, boom box, & P.C.** | J | 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **family pictures** | J | 5.00 |
| | | **bible** | J | 5.00 |
| 6. Wearing apparel. | | **man's clothing, outerwear, shoes, boots, and other wearing apparel** | H | 500.00 |
| | | **woman's clothing, outerwear, shoes, boots, and other wearing apparel** | W | 500.00 |
| 7. Furs and jewelry. | | **wife's 3 rings** | W | 120.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                    Sub-Total >            **3,391.89**
                                                    (Total of this page)

_**3**_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **John Arthur Helfrich,**

      **Kimberly Kay Helfrich**

Case No. _____

,

            Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **husband's American Family life insurance policy no. ####733-0 ten year level term having an annual premium of $510.00 for the benefit of wife** | J | 510.00 |
| | | **American Family Life insurance policy no. ####732-1 term life insurance policy costing $286.00/yr. insuring wife's life for benefit of husband** | J | 286.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **husband's contributions to IBEW Local #196 defined contribution plan** | J | 56,790.45 |
| | | **wife's contributions to IBEW Local #196 defined contribution plan** | J | 6,312.83 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **child support of $100.00/wk** | W | 100.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >      **63,999.28**

(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached

to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re    **John Arthur Helfrich,**

     **Kimberly Kay Helfrich**                                  Case No. _____

                                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **wife's TTD bi-weekly TTD from Cambridge Integrated Services Group, INC. for on the job injury on 12/6/03 while employed at Tri-Tech and prosecuted by Charles Culbertson, Att, 120 W Madison ST STE 400, Chicago, IL 60602** | J | 1,030.72 |
| | | **wife's worker's compensation claim for left sided weakness and permanent partial disability and past due TTD prosecuted by Charles Culbertson** | J | not available |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | **CDL** | H | 0.00 |
| | | **valid Illinois driver's license** | W | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **debtors' '97 Buick Park Avenue automobile displaying 103,370 mi. on its odometer subject to lien** | J | 3,000.00 |
| | | **2000 Oldsmobile Alero GX 4 door sedan displaying 161,001 mi. on its odometer** | J | 1,250.00 |
| | | **debtors' '93 Buick Skylard Custom 4 door sedan displaying 122,605 mi. on its odometer** | J | 520.00 |
| | | **debtor's 1991 Pontiac Grand Prix SE 4 door sedan displaying 141,871 mi. on its odometer** | J | 275.00 |
| 24. Boats, motors, and accessories. | | **'95 17' speed boat 90 hp. outboard motor and trailer subject to lien** | J | 2,500.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

                                                Sub-Total >        **8,575.72**

                                                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **John Arthur Helfrich,**    Case No. _____
    **Kimberly Kay Helfrich,**

_____,
Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 28. Inventory. | X | | | |
| 29. Animals. | | **2 dogs** | **J** | **20.00** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **DCFS benefits** | **W** | **454.00** |

|  |  |
|---|---:|
| Sub-Total > | **474.00** |
| (Total of this page) | |
| Total > | **76,440.89** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **John Arthur Helfrich,**                                      Case No. _____

      **Kimberly Kay Helfrich**

_____ ,

              Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **debtors' residence, 1410 Anne AVE, Dixon, IL 61021 P.I.N.#07-02-28-453-003 having an estimated market value as determined by the Lee County Assessor of $53,457.00 and appraised by lender 10/4/04 for $65,500.00** | **735 ILCS 5/12-901** | **15,000.00** | **59,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **debtors' savings account no. ##-##-#4266 located in Sterling Federal Bank FSB co-owned by debtors and husband's mother** | **735 ILCS 5/12-1001(b)** | **138.97** | **138.97** |
| **debtors' joint personal checking account no. ##-##-######0123 located in Sterling Federal Bank FSB** | **735 ILCS 5/12-1001(b)** | **722.92** | **722.92** |
| **savings account located at US Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings, appliances, and electronics, kitchenware, housewares, and linens, stove, deep freeze, washer, dryer, TV 2 VCR's, boom box, & P.C.** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **family pictures** | **735 ILCS 5/12-1001(a)** | **5.00** | **5.00** |
| **bible** | **735 ILCS 5/12-1001(a)** | **5.00** | **5.00** |
| **Wearing Apparel** | | | |
| **man's clothing, outerwear, shoes, boots, and other wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **woman's clothing, outerwear, shoes, boots, and other wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **wife's 3 rings** | **735 ILCS 5/12-1001(b)** | **120.00** | **120.00** |
| **Interests in Insurance Policies** | | | |
| **husband's American Family life insurance policy no. ####733-0 ten year level term having an annual premium of $510.00 for the benefit of wife** | **735 ILCS 5/12-1001(h)(3)**<br>**735 ILCS 5/12-1001(f)**<br>**215 ILCS 5/238** | **510.00**<br>**0.00**<br>**0.00** | **510.00** |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re    **John Arthur Helfrich,**                                      Case No. _____

     **Kimberly Kay Helfrich**

_____,

                  Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| American Family Life insurance policy no. ####732-1 term life insurance policy costing $286.00/yr. insuring wife's life for benefit of husband | 215 ILCS 5/238<br>735 ILCS 5/12-1001(f)<br>735 ILCS 5/12-1001(h)(3) | 286.00<br>0.00<br>0.00 | 286.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| husband's contributions to IBEW Local #196 defined contribution plan | 735 ILCS 5/12-1006<br>735 ILCS 5/12-704<br>29 U.S.C.A. § 1056(d) | 56,790.45<br>0.00<br>0.00 | 56,790.45 |
| wife's contributions to IBEW Local #196 defined contribution plan | 735 ILCS 5/12-1006<br>735 ILCS 5/12-704<br>29 U.S.C.A. § 1056(d) | 6,312.83<br>0.00<br>0.00 | 6,312.83 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| child support of $100.00/wk | 735 ILCS 5/12-1001(g)(4) | 100.00 | 100.00 |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| wife's TTD bi-weekly TTD from Cambridge Integrated Services Group, INC. for on the job injury on 12/6/03 while employed at Tri-Tech and prosecuted by Charles Culbertson, Att, 120 W Madison ST STE 400, Chicago, IL 60602 | 820 ILCS 305/21 | 1,030.72 | 1,030.72 |
| wife's worker's compensation claim for left sided weakness and permanent partial disability and past due TTD prosecuted by Charles Culbertson | 820 ILCS 305/21 | 0.00 | not available |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| debtors' '97 Buick Park Avenue automobile displaying 103,370 mi. on its odometer subject to lien | 735 ILCS 5/12-1001(c) | 1,200.00 | 3,000.00 |
| 2000 Oldsmobile Alero GX 4 door sedan displaying 161,001 mi. on its odometer | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | 1,200.00<br>50.00 | 1,250.00 |
| debtors' '93 Buick Skylard Custom 4 door sedan displaying 122,605 mi. on its odometer | 735 ILCS 5/12-1001(b) | 520.00 | 520.00 |
| debtor's 1991 Pontiac Grand Prix SE 4 door sedan displaying 141,871 mi. on its odometer | 735 ILCS 5/12-1001(b) | 275.00 | 275.00 |
| **Animals** | | | |
| 2 dogs | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| DCFS benefits | 305 ILCS 5/11-3<br>735 ILCS 5/12-1001(g)(1) | 454.00<br>0.00 | 454.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re   **John Arthur Helfrich,**                                    Case No. _____
        **Kimberly Kay Helfrich**
_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Farley's Appliance**<br>**1245 N. Galena AVE**<br>**Dixon, IL 61021** | | | | J | Purchase Money Security<br><br>consumer goods<br><br><br>Value $ **700.00** | | | | 700.00 | 0.00 |
| Account No. **4442549426/0018854219**<br><br>**Fieldstone Mortgage CO.**<br>**11000 Broken Land PKWY #600**<br>**Columbia, MD 21044** | | | | J | 10/4/04<br><br>Mortgage<br><br>residence assigned to Chase<br><br>Value $ **59,000.00** | | | | 59,683.70 | 683.70 |
| Account No.<br><br>Representing:<br>**Fieldstone Mortgage CO.** | | | | | Advanta Mortgage<br>1 horsham BUS CTR<br>300 Welsh RD<br>Horsham, PA 19044<br><br><br>Value $ | | | | | |
| Account No.<br><br>Representing:<br>**Fieldstone Mortgage CO.** | | | | | Chase Mortgage<br>P. O. Box 24850<br>Columbus, OH 43224-0850<br><br><br>Value $ | | | | | |

<u>   1   </u> continuation sheets attached

Subtotal
(Total of this page)                                                                60,383.70

Form B6D - Cont.
(12/03)

In re   **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**

Case No. _____

_____,
              Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Fieldstone Mortgage CO.** | | | **Chase Mortgage**<br>**P. O. Box 509011 DEPT 310**<br>**San Diego, CA 92150-9011**<br><br>Value $ | | | | | |
| Account No.<br><br>**Fitch Miller d/b/a**<br>**J & J Marine**<br>**2407 W 4th ST**<br>**Dixon, IL 61021** | | J | **title lien**<br><br>**boat, motor and trailer**<br><br>Value $    **2,500.00** | | | | **2,500.00** | **0.00** |
| Account No. **2511800000058539**<br><br>**Sterling Federal Bank**<br>**P. O. Box 617**<br>**Sterling, IL 61081-0617** | X | J | **3/04**<br><br>**motor vehicle lien**<br><br>**automobile**<br><br>Value $    **3,000.00** | | | | **3,236.00** | **236.00** |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **5,736.00** |
| Total<br>(Report on Summary of Schedules) | **66,119.70** |

Form B6E
(04/04)

In re    **John Arthur Helfrich,**                                    Case No. _____
         **Kimberly Kay Helfrich**
_____,
                                        Debtors
## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re   **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**
                                                        ,
                                            Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **21087701** <br><br> **Arrow Financial SERV** <br> **5996 W Touhy AVE** <br> **Niles, IL 60714** | | J | **1/05** <br> **professional debt collector for PDA Financial trust 2003 1** | | | | **3,843.00** |
| Account No. **5218** <br><br> **ATG Credit LLC** <br> **P. O. Box 14895** <br> **Chicago, IL 60614** | | J | **1/24/05** <br> **professional debt collector** | | | | **103.50** |
| Account No. **631449** <br><br> **Aurora, City of** <br> **Ambulance Service** <br> **Aurora, IL** | | J | **4/05** <br> **ambulance ride assigned to RMI-MCSI for collection** | | | | **244.00** |
| Account No. <br><br> **Representing:** <br> **Aurora, City of** | | | **RMI-MCSI** <br> **18421 West ST STE 3** <br> **Lansing, IL 60438** | | | | |
| __24__  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **4,190.50** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
         **Kimberly Kay Helfrich**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4388-6422-3138-5249**<br><br>**Capital One Credit**<br>**P. O. Box 85015**<br>**Richmond, VA 23285-5015** | | J | | | **2/7/05**<br>**Credit card purchases assigned to Arrow Financial** | | | | **1,092.40** |
| Account No.<br><br>Representing:<br>**Capital One Credit** | | | | | **Arrow Financial SERV**<br>**5996 W Touhy AVE**<br>**Niles, IL 60714** | | | | |
| Account No.<br><br>Representing:<br>**Capital One Credit** | | | | | **Capital One Credit**<br>**4851 Cox RD**<br>**Glen Allen, VA 23060** | | | | |
| Account No.<br><br>Representing:<br>**Capital One Credit** | | | | | **NCO Financial**<br>**Account 877 212 9585**<br>**507 Prudential RD**<br>**Horsham, PA 19044** | | | | |
| Account No. **5291-1522-3138-5556**<br><br>**Capital One Credit**<br>**P. O. Box 85015**<br>**Richmond, VA 23285-5015** | | J | | | **1/7/05**<br>**Credit card purchases assigned to NCO Financial** | | | | **1,086.34** |

Sheet no. __1__ of __24__ sheets attached to Schedule of          Subtotal          **2,178.74**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John Arthur Helfrich,**                                          Case No. _____
       **Kimberly Kay Helfrich**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Capital One Credit** | | | | | **Capital One Credit 4851 Cox RD #1203 Glen Allen, VA 23060** | | | | |
| Account No. **5570-0918-1535-0259** **Capital One Credit P. O. Box 85015 Richmond, VA 23285-5015** | | | J | | **4/8/05 Credit card purchases assigned to Northland Group** | | | | 1,440.97 |
| Account No. **Representing: Capital One Credit** | | | | | **Northland Group INC P. O. Box 390846 Minneapolis, MN 55439-0846** | | | | |
| Account No. **5291-1521-0415-3016** **Capital One Credit 4851 Cox RD #1203 Glen Allen, VA 23060** | | | J | | **1/05 Credit card purchases** | | | | 1,440.00 |
| Account No. **03 SC 304** **Cash Store, The 1364 N Galena AVE Dixon, IL 61021** | | | J | | **5/14/03 short term high risk loan** | | | | 450.00 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | **3,330.97** |
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**
                                                         ,

Case No. _____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**REPRESENTING:**<br>**Cash Store, The** | | | | | **Lee County Circuit Clerk**<br>**Case No. 03 SC 304**<br>**309 S Galena AVE**<br>**Dixon, IL 61021** | | | | |
| Account No. **2408914**<br><br>**Central IL Radiological ASSOC**<br>**5200 Reliable PKWY**<br>**Chicago, IL 60686-0052** | J | | | | **5/02**<br>**past due health care** | | | | 245.00 |
| Account No.<br><br>**Representing:**<br>**Central IL Radiological ASSOC** | | | | | **Alliance One**<br>**P. O. Box 3030**<br>**Anderson, IN 46018-3030** | | | | |
| Account No. **2461309**<br><br>**CGH Medical CTR**<br>**100 E Lefevre RD**<br>**Sterling, IL 61081-1279** | J | | | | **10/04**<br>**past due health care assigned to H&R Accounts** | | | | 272.00 |
| Account No.<br><br>**Representing:**<br>**CGH Medical CTR** | | | | | **H&R Accounts INC**<br>**7017 John Deere Parkway**<br>**P. O. Box 672**<br>**Moline, IL 61265-0672** | | | | |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**517.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
         **Kimberly Kay Helfrich**                                              Case No. _____

_____,
                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **604350614**<br><br>**ComEd**<br>**System Credit/Bankruptcy DEPT**<br>**2100 Swift DR**<br>**Oak Brook, IL 60523** | | J | **4/05**<br>**past due public utilities assigned to NCO Financial** | | | | **268.00** |
| Account No.<br><br>Representing:<br>**ComEd** | | | **NCO Financial**<br>**P. O. Box 41466**<br>**Philadelphia, PA 19101-1466** | | | | |
| Account No. **11349001**<br><br>**Cornerstone CL**<br>**1007 W Riverside**<br>**P. O. Box 1658**<br>**Rockford, IL 61110-0158** | | J | **1/02**<br>**past due health care assigned to Account Recovery SERV** | | | | **725.00** |
| Account No.<br><br>Representing:<br>**Cornerstone CL** | | | **Account Recovery SERV**<br>**5183 Harlem RD**<br>**Loves Park, IL 61111-3448** | | | | |
| Account No. **2002840068**<br><br>**Creditors' Protection SERV INC**<br>**202 W State ST**<br>**P. O. Box 4115**<br>**Rockford, IL 61110-0615** | | J | **11/00**<br>**professional debt collector for Rockford Aneshesiologist** | | | | **131.00** |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,124.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**                                    Case No. _____
         **Kimberly Kay Helfrich**
                                                              ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Creditors' Protection SERV INC** | | | | | **Creditors' Protection SERV INC**<br>**c/o Rockford Anesthesiologists**<br>**P. O. Box 4115**<br>**Rockford, IL 61110-0615** | | | | |
| Account No.<br><br>**Edward Hospital & Health SERV**<br>**801 S Washington ST**<br>**Naperville, IL 60540-7060** | | J | | | **past due health care** | | | | **not available** |
| Account No.<br><br>**Representing:**<br>**Edward Hospital & Health SERV** | | | | | **Edward Hospital**<br>**P. O. Box 4207**<br>**Carol Stream, IL 60197-4207** | | | | |
| Account No.<br><br>**Edwards Clinic**<br>**144 N. Court**<br>**Dixon, IL 61021** | | J | | | **past due health care** | | | | **2,000.00** |
| Account No.  **A461-0001692-01**<br><br>**Elmhurst Rediologists SC**<br>**P. O. Box 1035**<br>**Bedford Park, IL 60499-1035** | | J | | | **9/3/03**<br>**past due health care** | | | | **51.00** |

| Sheet no. __5__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,051.00** |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**                                           Case No. _____
        **Kimberly Kay Helfrich**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **91732-166597** <br><br> **Emergency Treatment SC** <br> **900 Jorie BLVD STE 220** <br> **Oak Brook, IL 60523** | | | J | | **11/15/03** <br> **past due health care assigned to Med Collections Services** | | | | **200.00** |
| Account No. <br><br> Representing: <br> **Emergency Treatment SC** | | | | | **Med Collection Services** <br> **725 S Wells ST STE 700** <br> **Chicago, IL 60607-4521** | | | | |
| Account No. **4869-5570-1726-8864** <br><br> **First Premier Bank** <br> **P. O. Box 5524** <br> **Sioux Falls, SD 57117-5524** | | | J | | **4/05** <br> **Credit card purchases** | | | | **79.00** |
| Account No. <br><br> Representing: <br> **First Premier Bank** | | | | | **First Premier Bank** <br> **900 W Delaware ST** <br> **Sioux Falls, SD 57104-0347** | | | | |
| Account No. **98 LM 146** <br><br> **Ford Bankruptcy Service Center** <br> **P. O. Box 537901** <br> **Livonia, MI 48153-7901** | | | J | | **11/98** <br> **judgment** | | | | **7,027.00** |

Sheet no. __**6**__ of __**24**__ sheets attached to Schedule of                     Subtotal         **7,306.00**
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**                                            Case No. _____
       **Kimberly Kay Helfrich**

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**Ford Bankruptcy Service Center** | | | | | **Lee County Circuit Clerk** <br>**Case No. 1998 LM 146** <br>**309 S Galena AVE** <br>**Dixon, IL 61021** | | | | |
| Account No. **257598** <br><br>**German, DDS Mark E** <br>**123 N Hennepin AVE** <br>**Dixon, IL 61021** | | | J | | **12/04** <br>**family dentistry assigned to Collection Professionals for collection** | | | | **113.00** |
| Account No. <br><br>**Representing:** <br>**German, DDS Mark E** | | | | | **CPI** <br>**723 1st ST P. O. Box 416** <br>**La Salle, IL 61301-0416** | | | | |
| Account No. **HE0171** <br><br>**Hey DDS, James O. Jr.** <br>**724 N. Brinton** <br>**Dixon, IL 61021** | | | J | | **12/04** <br>**family dentistry assigned to Tri-State Adjustment FRE** | | | | **189.00** |
| Account No. <br><br>**Representing:** <br>**Hey DDS, James O. Jr.** | | | | | **Tri-State ADJUST Freeport INC** <br>**P. O. Box 882** <br>**Freeport, IL 61032-0882** | | | | |

Sheet no. __**7**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **302.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
         **Kimberly Kay Helfrich**                                          Case No. _____

                                                                    ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Representing: Hey DDS, James O. Jr.** | | | | | **Tri-State ADJUST Freeport INC 773 W. Lincoln ST Freeport, IL 61032** | | | | |
| Account No. **678571495** **Insight Communications 115 N Galena AVE Dixon, IL 61021-2117** | | | J | | **3/05 recreation expense assigned to Cred Protections ASSOC** | | | | 88.00 |
| Account No. **Representing: Insight Communications** | | | | | **Credit Protection ASSN LP 1355 Noel RD Dallas, TX 75240** | | | | |
| Account No. **2430612B** **KSB Hospital 403 E 1st ST Dixon, IL 61021** | | | J | | **1/31/05 past due health care, insurance pending    Subject to setoff.** | | | | 4,896.30 |
| Account No. **161570-12374** **KSB Hospital 403 E 1st ST Dixon, IL 61021** | | | J | | **2/4/05 past due health care assigned to RMC** | | | | 35.60 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,019.90**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**
    **Kimberly Kay Helfrich**
                                           ,      Case No. _____
                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:**<br>**KSB Hospital** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| Account No. **161490-12374**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **2/4/05**<br>**past due health care assigned to RMC** | | | | **163.40** |
| Account No. <br><br>**Representing:**<br>**KSB Hospital** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| Account No. **161696-12374**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **2/4/05**<br>**past due health care assigned to RMC** | | | | **139.80** |
| Account No. <br><br>**Representing:**<br>**KSB Hospital** | | | | | **Receivable Management Consultants**<br>**101 W 2nd ST STE 220**<br>**P. O. Box 787**<br>**Dixon, IL 61021-0787** | | | | |

Sheet no. __**9**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**303.20**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
      **Kimberly Kay Helfrich**    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **various**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | J | | **7/21/04--3/16/05**<br>**past due health care** | | | | **1,455.46** |
| Account No. **various**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | J | | **7/21/04--1/12/05**<br>**past due health care insurance pending**<br>  **Subject to setoff.** | | | | **406.04** |
| Account No. **various**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | J | | **7/21/04--4/2/05**<br>**past due health care** | | | | **619.16** |
| Account No. **various**<br><br>**KSB Hospital**<br>**403 E 1st ST**<br>**Dixon, IL 61021** | | J | | **1/21/05 -- 2/22/05**<br>**past due health care** | | | | **1,168.48** |
| Account No. **162199-12374**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | J | | **2/4/05**<br>**past due health care** | | | | **20.60** |

Sheet no. __**10**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,669.74**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**
         **Kimberly Kay Helfrich**                                                   Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **162216-12374** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | | J | | **2/4/05** <br> **past due health care** | | | | 9.00 |
| Account No. **162218-12374** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | | J | | **2/4/05** <br> **past due health care** | | | | 73.00 |
| Account No. **2325973** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | | J | | **1/5/05** <br> **past due health care** | | | | 20.60 |
| Account No. <br><br> **Representing:** <br> **KSB Medical Group** | | | | | **RMS** <br> **P. O. Box 737** <br> **Dixon, IL 61021** | | | | |
| Account No. **2328806** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | | J | | **1/5/05** <br> **past due health care** | | | | 73.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

175.60

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**
                                                                     ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**KSB Medical Group** | | | | | **RMS**<br>**P. O. Box 737**<br>**Dixon, IL 61021** | | | | |
| Account No. **162442-12374**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **2/4/05**<br>**past due health care assigned to RMC** | | | | 3.80 |
| Account No.<br><br>**Representing:**<br>**KSB Medical Group** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| Account No. **162397-12374**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **2/4/05**<br>**past due health care** | | | | 2.80 |
| Account No. **165539-32204**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **4/6/05**<br>**past due health care assigned to RMC** | | | | 63.00 |

Sheet no. __**12**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **69.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**
    **Kimberly Kay Helfrich**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br>**Representing:**<br>**KSB Medical Group** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| Account No. **166314-12374**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **4/6/05**<br>**past due health care assigned to RMC** | | | | **13.20** |
| Account No. <br><br>**Representing:**<br>**KSB Medical Group** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| Account No. **166662-12374**<br><br>**KSB Medical Group**<br>**215 E 1st ST**<br>**Dixon, IL 61021** | | | J | | **4/6/05**<br>**past due health care assigned to RMC** | | | | **13.20** |
| Account No. <br><br>**Representing:**<br>**KSB Medical Group** | | | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**
        **Kimberly Kay Helfrich**                                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **167135-12374** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | 4/6/05 <br> **past due health care assigned to RMC** | | | | 1.80 |
| Account No. <br><br> **Representing:** <br> **KSB Medical Group** | | | **RMC** <br> **P O Box 787** <br> **Dixon, IL 61021** | | | | |
| Account No. **various** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | 1/11/05 -- 5/13/04 <br> **past due health care, insurance pending** <br>    **Subject to setoff.** | | | | 1,247.60 |
| Account No. **various** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | 8/30/04--12/2/04 <br> **past due health care** | | | | 41.40 |
| Account No. **2459909B** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | 2/1/05 <br> **past due health care** | | | | 460.20 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,751.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
         **Kimberly Kay Helfrich**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | **4/27/04--2/28/05** <br> **past due health care insurance pending** <br> **Subject to setoff.** | | | | **1,220.58** |
| Account No. **various** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | **9/23/04--2/22/05** <br> **past due health care** | | | | **219.40** |
| Account No. **various** <br><br> **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | J | **5/13/04--2/28/05** <br> **past due health care** | | | | **1,367.13** |
| Account No. **1681813110207** <br><br> **Loyola University Medical CTR** <br> **2160 S 1st AVE** <br> **Maywood, IL 60153** | | J | **3/9/05** <br> **past due health care, insurance pending** <br> **Subject to setoff.** | | | | **459.64** |
| Account No. **168181310306** <br><br> **Loyola University Medical CTR** <br> **2160 S 1st AVE** <br> **Maywood, IL 60153** | | J | **3/29/05** <br> **past due health care insurance pending** <br> **Subject to setoff.** | | | | **1,085.00** |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    **4,351.75**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**                                              Case No. _____
         **Kimberly Kay Helfrich**
_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **71-0-1635-0** | | | | | disputed debt | | | | |
| **Markoff & Krasny 29 N Wacker DR 5th FL Chicago, IL 60606** | | H | | | | | | | **15,600.00** |
| Account No. **11100270005100719** | | | | | 3/05 **public utiltiies assigned to Park Danson** | | | | |
| **MCI Customer SERV 3470 Rider Trail South Earth City, MO 63045-1109** | | J | | | | | | | **100.00** |
| Account No. | | | | | **Park Dansan 113 W 3rd AVE P. O. Box 248 Gastonia, NC 28053** | | | | |
| **Representing: MCI Customer SERV** | | | | | | | | | |
| Account No. **2408913** | | | | | 5/02 **past due health care assigned to Alliance One** | | | | |
| **Med 102 Associated Radiologists P. O. Box 63151 Schuyler AVE Kankakee, IL 60901** | | J | | | | | | | **1,070.00** |
| Account No. | | | | | **Alliance One P. O. Box 3030 Anderson, IN 46018-3030** | | | | |
| **Representing: Med 102 Associated Radiologists** | | | | | | | | | |

Sheet no. __**16**__ of __**24**__ sheets attached to Schedule of                              Subtotal          **16,770.00**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**                                                  Case No. _____

                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Medical Arts CTR**<br>**102 S Hennepin AVE**<br>**Dixon, IL 61021-3060** | | J | past due health care | | | | **200.00** |
| **Account No.**<br><br>**Representing:**<br>**Medical Arts CTR** | | | **RMC**<br>**P O Box 787**<br>**Dixon, IL 61021** | | | | |
| **Account No. 10472**<br><br>**Mutual Management SERV**<br>**c/o Medical Arts**<br>**P. O. Box 4777**<br>**Rockford, IL 61110-1777** | | J | past due<br>professional debt collector for Medical Arts Center | | | | **195.55** |
| **Account No. various**<br><br>**Mutual Management SERV**<br>**401 E State ST 2nd FL**<br>**P. O. Box 4777**<br>**Rockford, IL 61110-1777** | | J | professional debt collector | | | | **1,021.51** |
| **Account No. G381694**<br><br>**Mutual Management SERV**<br>**401 E State ST 2nd FL**<br>**P. O. Box 4777**<br>**Rockford, IL 61110-1777** | | J | professional debt collector for Swedish American MSO Inc. | | | | **63.75** |

Sheet no. __17__ of __24__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                  | **1,480.81**
                           (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John Arthur Helfrich,**                                                    Case No. _____
       **Kimberly Kay Helfrich**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Mutual Management SERV** | | | | | **Swedish American Medical GR P. O. Box 1557 Rockford, IL 61110-1557** | | | | |
| Account No. **NR3552411** **Naperville Radiologists SC P. O. Box 70 Hinsdale, IL 60522-0070** | | | J | | **10/31/04** past due health care | | | | 1,928.00 |
| Account No. **834690465030411** **Nicor Bankruptcy/Collection P. O. Box 549 Aurora, IL 60507-0549** | | | J | | **3/05** past due public utilities | | | | 54.00 |
| Account No. **952-8200-9558** **Northland Group INC P. O. Box 390846 Minneapolis, MN 55439-0846** | | | J | | professional debt collector for credit card purchases | | | | 3,500.00 |
| Account No. **F8756723** **Northland Group INC P. O. Box 390846 Edina, MN 55439** | | | J | | professional debt collector for past due debts | | | | 1,000.00 |

Sheet no. __**18**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,482.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John Arthur Helfrich,**
       **Kimberly Kay Helfrich**                                                      Case No. _____

_____,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2/26/05--3/3/04** <br><br> **Nowak DDS Raymond R. LTD** <br> **P. O. Box 782** <br> **Sterling, IL 61081-0782** | | | J | | | | | | **17.00** |
| Account No. <br><br> **Osami MD,** <br> **822 N 2nd ST** <br> **Rochelle, IL 61068** | | | J | | **past due health care** | | | | **1,000.00** |
| Account No. **2103665809** <br><br> **Park Dansan** <br> **113 W 3rd AVE** <br> **P. O. Box 248** <br> **Gastonia, NC 28053** | | | J | | **3/04** <br> **professional debt collector for MCI** | | | | **100.00** |
| Account No. <br><br> **Representing:** <br> **Park Dansan** | | | | | **MCI** <br> **P. O. Box 4450** <br> **Bridgeton, MO 63044** | | | | |
| Account No. **5542-8511-0087-1771** <br><br> **Portfolio Recovery CSS LLC** <br> **P. O. Box 12914** <br> **Norfolk, VA 23541** | | | J | | **approx. credit card debt assigned to professional debt collector** | | | | **3,000.00** |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of          Subtotal          **4,117.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **John Arthur Helfrich,**
**Kimberly Kay Helfrich**
Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2393034** <br><br> **Receivable Management Services** <br> **215 E 1st ST STE 117** <br> **P. O. Box 737** <br> **Dixon, IL 61021-0737** | | | J | | **4/5/05** <br> **professional debt collector for KSB Medical Group** | | | | **13.20** |
| Account No. <br><br> **Representing:** <br> **Receivable Management Services** | | | | | **KSB Medical Group** <br> **215 E 1st ST** <br> **Dixon, IL 61021** | | | | |
| Account No. **90460-12374** <br><br> **RMC** <br> **P O Box 787** <br> **Dixon, IL 61021** | | | J | | **past due** <br> **professional debt collector** | | | | **1,516.94** |
| Account No. **2201225** <br><br> **RMS** <br> **P. O. Box 737** <br> **Dixon, IL 61021** | | | J | | **professional debt collector for KSB Medical Group** | | | | **63.00** |
| Account No. **2368104** <br><br> **RMS** <br> **P. O. Box 737** <br> **Dixon, IL 61021** | | | J | | **3/3/05** <br> **professional debt collector for KSB Medical Group** | | | | **13.20** |

Sheet no. __**20**_ of _**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,606.34**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **John Arthur Helfrich,**
     **Kimberly Kay Helfrich**
                                               Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **14037** <br><br> **Rock Valley Disposal** <br> **1214 S Bataan RD** <br> **Dixon, IL 61021** | | J | | **10/03** <br> **Trade debt** | | | | **52.00** |
| Account No. **01 SC 795** <br><br> **RRCA Accounts MANAGE INC** <br> **312 Locust ST** <br> **Sterling, IL 61081** | | J | | **professional debt collector** | | | | **281.00** |
| Account No. <br><br> Representing: <br> **RRCA Accounts MANAGE INC** | | | | **Lee County Circuit Clerk** <br> **Case No. 01 SC 795** <br> **309 S Galena AVE** <br> **Dixon, IL 61021** | | | | |
| Account No. <br><br> Representing: <br> **RRCA Accounts MANAGE INC** | | | | **Sterling Rock Falls Clinic LTD** <br> **101 E Miller RD** <br> **Sterling, IL 61081-1294** | | | | |
| Account No. **2222991068325636** <br><br> **SBC** <br> **One SBC CTR 28th FL** <br> **Saint Louis, MO 63101** | | J | | **2/05** <br> **credit card** | | | | **304.00** |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**637.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
**Kimberly Kay Helfrich**                                              Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: SBC** | | | | | **Capital One Credit P. O. Box 85015 Richmond, VA 23285-5015** | | | | |
| Account No. **236247** **Schmitt Plumbing 502 Illinois RTE 2 Dixon, IL 61021** | | J | | | **9/02 Trade debt** | | | | 133.00 |
| Account No. **DB0057720476** **St. Joseph Hospital Provena 77 N Airlite ST Elgin, IL 60123-4912** | | J | | | **5/12/04 wife's past due health care, insurance pending    Subject to setoff.** | | | | 1,507.38 |
| Account No. **Sterling Rock Falls Clinic LTD 101 E Miller RD Sterling, IL 61081-1294** | | J | | | **past due health care** | | | | 300.00 |
| Account No. **G381694** **Swedish American Medical GR P. O. Box 1557 Rockford, IL 61110-1557** | | J | | | **past due health care assigned to Mutual Management Services** | | | | 1,190.40 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,130.78

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**                                          Case No. _____
          **Kimberly Kay Helfrich**
                                                                    ,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Swedish American Medical GR** | | | | | **Mutual Management SERV**<br>**401 E State ST 2nd FL**<br>**P. O. Box 4777**<br>**Rockford, IL 61110-1777** | | | | |
| Account No. **3G381694**<br><br>**SwedishAmerican Medical GR/MAC**<br>**2550 Charles ST**<br>**P. O. Box 1567**<br>**Rockford, IL 61110-0067** | | | J | | **1/11/05**<br>**past due health care** | | | | 51.00 |
| Account No. **50122244600000**<br><br>**Verizon Wireless**<br>**777 Big Timber RD**<br>**Elgin, IL 60123** | | | J | | **4/05**<br>**car phone** | | | | 464.00 |
| Account No.<br><br>**Representing:**<br>**Verizon Wireless** | | | | | **Verizon Wireless Midwest**<br>**1515 Woodfield RD STE 1400**<br>**Schaumburg, IL 60173** | | | | |
| Account No. **HELJ0000**<br><br>**Warner Family Chiropractic**<br>**215 E First ST**<br>**Dixon, IL 61021** | | | J | | **1/05**<br>**chiropractic manipulations** | | | | 99.50 |

Sheet no. __**23**__ of __**24**__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)            614.50

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **John Arthur Helfrich,**
        **Kimberly Kay Helfrich**                                    Case No. _____

                                                            ,
                                      Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HELK1000**<br><br>**Warner Family Chiropractic**<br>**215 E First ST**<br>**Dixon, IL 61021** | | J | **4/29/05**<br>**chiropractic manipulations** | | | | **64.50** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **64.50** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **71,270.33** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **John Arthur Helfrich,**                                          Case No. _____
          **Kimberly Kay Helfrich**

_____,
                              Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

_**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John Arthur Helfrich,**                                    Case No. _____
         **Kimberly Kay Helfrich**

_____,
                                        Debtors

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barbara L. Helfrich**<br>**1223 W. 3rd ST**<br>**Dixon, IL 61021**<br>     **husband's mother** | **Sterling Federal Bank**<br>**P. O. Box 617**<br>**Sterling, IL 61081-0617**<br>     **lienholder** |

__0__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6I
(12/03)

In re **John Arthur Helfrich**
**Kimberly Kay Helfrich**                                        Case No. _____
_____
Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | Granddaughter | 1 1/2 |
| | Daughter | 16 |
| | Son | 19 |
| | Granddaughter | 4 |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **groundman** | |
| Name of Employer | **IBEW Local #196** | **IBEW Local #196** |
| How long employed | **since 10/7/03** | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 433.00 |
| Social security or other government assistance (Specify) **DCFS** | $ | 0.00 | $ | 454.00 |
| **UCB $821.00 bi-weekly** | $ | 1,779.11 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) **wife's W. C. T. T. D.** | $ | 0.00 | $ | 2,233.33 |
| | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,779.11 | $ | 3,120.33 |

TOTAL COMBINED MONTHLY INCOME       $        4,899.44

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**husband's employment is seasonal**

In re  **John Arthur Helfrich
Kimberly Kay Helfrich** _____    Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 631.00 |
| Are real estate taxes included? Yes **X** No ___ | | |
| Is property insurance included? Yes **X** No ___ | | |
| Utilities:  Electricity and heating fuel | $ | 250.00 |
| Water and sewer | $ | 105.00 |
| Telephone | $ | 142.00 |
| Other  **See Detailed Expense Attachment** | $ | 142.00 |
| Home maintenance (repairs and upkeep) | $ | 200.00 |
| Food | $ | 900.00 |
| Clothing | $ | 250.00 |
| Laundry and dry cleaning | $ | 200.00 |
| Medical and dental expenses | $ | 425.00 |
| Transportation (not including car payments) | $ | 1,100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 67.00 |
| Health | $ | 0.00 |
| Auto | $ | 307.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 146.00 |
| Other  **Farley's Applicance** | $ | 100.00 |
| Other  **J. & J. Marine** | $ | 150.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other  **See Detailed Expense Attachment** | $ | 570.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    | $ | 5,875.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
| (interval) | | |

In re  **John Arthur Helfrich**
       **Kimberly Kay Helfrich**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| car phone | $ | 100.00 |
| CATV | $ | 42.00 |
| **Total Other Utility Expenditures** | $ | 142.00 |


**Other Expenditures:**

| | | |
|---|---|---:|
| work expenses | $ | 300.00 |
| school expenses | $ | 150.00 |
| paper products, disposable items, toiletries, hair cuts | $ | 120.00 |
| **Total Other Expenditures** | $ | 570.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re    John Arthur Helfrich
Kimberly Kay Helfrich

Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___41___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date    **June  8, 2005**

Signature    **/s/ John Arthur Helfrich**

**John Arthur Helfrich**
Debtor

Date    **June  8, 2005**

Signature    **/s/ Kimberly Kay Helfrich**

**Kimberly Kay Helfrich**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John Arthur Helfrich**
      **Kimberly Kay Helfrich**                                    Case No. _____

                                               Debtor(s)        Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$37,188.78** | **'05 YTD husband's wages from M&J Electric** |
| **$30,583.65** | **'04 husband's approx. wages from MJ Electric of $21.24/hr.** |
| **$17,772.57** | **'04 husband's wages from R. Cleveland U.C. Technologies CORP** |
| **$3,064.93** | **'04 wife's wages** |
| **$35,370.00** | **'03 husband's wages** |
| **$32,053.00** | **'03 wife's wages** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,092.16 | '05 wife's TTD from Cambridge Integrated Services Group, INC of $1030.72 bi-weekly |
| $2,000.00 | '05 child support of $100.00/wk. from Arthur R. Sotelo, Sterling IL 61081 |
| $454.00 | '05 wife's DCFS social services assistance of $454.00/mo. commencing 5/05 |
| $5,837.00 | '05 debtors' '04 federal income tax refund |
| $7,958.00 | '04 husband's UCB |
| $2,600.00 | '04 child support |
| $3,429.00 | '04 wife's '03 tax refund |
| $2,058.00 | '04 husband's '3 federal tax refund |
| $8,914.00 | '03 husband's UCB |
| $2,600.00 | '03 child support |

**3. Payments to creditors**

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chase Mortgage<br>P. O. Box 78116<br>Phoenix, AZ 85062-8116 | due 1st of every month of $631.00/mo. | $1,893.00 | $59,750.00 |

None ■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Continental v Debtor | collection | 15th Judicial Circuit, Lee County, Illinois | satisfied from mortgage loan proceeds |

None
■
  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Conrad Knuth**<br>**P. O. Box 406**<br>**Ohio, IL 61349-0406** | **5/10/05** | **$150.00** |
| **Conrad Knuth**<br>**P. O. Box 406**<br>**Ohio, IL 61349-0406** | **'05** | **$409.00** |

**10.  Other transfers**

None
☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Fieldstone Mortgage CO.**<br>**11000 Broken Land PKWY #600**<br>**Columbia, MD 21044**<br>  mortgagee | **10/4/04** | **debtors refinanced 1410 Anne Ave, Dixon, IL; paid off FMHA, and netted approx. $2,000.00 in loan proceeds** |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,          DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL          OR DESCRIPTION AND
                                                      VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June  8, 2005**          Signature  **/s/ John Arthur Helfrich**

 **John Arthur Helfrich**
 Debtor


Date  **June  8, 2005**          Signature  **/s/ Kimberly Kay Helfrich**

 **Kimberly Kay Helfrich**
 Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John Arthur Helfrich**
**Kimberly Kay Helfrich**            Case No. _____

          Debtor(s)           Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a.  Property to Be Surrendered.*

| Description of Property | Creditor's name |
| --- | --- |
| -NONE- | |

     *b.  Property to Be Retained*          *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
| --- | --- | --- | --- | --- | --- |
| 1. | consumer goods | Farley's Appliance | | | Debtor will retain collateral and continue to make regular payments. |
| 2. | boat, motor and trailer | Fitch Miller d/b/a | | | Debtor will retain collateral and continue to make regular payments. |
| 3. | automobile | Sterling Federal Bank | | | Debtor will retain collateral and continue to make regular payments. |

Date   **June  8, 2005**           Signature    **/s/ John Arthur Helfrich**
                                    **John Arthur Helfrich**
                                    Debtor

Date   **June  8, 2005**           Signature    **/s/ Kimberly Kay Helfrich**
                                    **Kimberly Kay Helfrich**
                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **John Arthur Helfrich**
　　　**Kimberly Kay Helfrich**

Case No. _____

　　　　　　　　　　　　　　　　　Debtor(s)

Chapter　**7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 350.00 |
| Prior to the filing of this statement I have received | $ | 350.00 |
| Balance Due | $ | 0.00 |

2.　$ **209.00** of the filing fee has been paid.

3.　The source of the compensation paid to me was:

　　■ Debtor　　　□ Other (specify):

4.　The source of compensation to be paid to me is:

　　■ Debtor　　　□ Other (specify):

5.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d.　[Other provisions as needed]
　　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:　**June  8, 2005**

/s/ Conrad Knuth
**Conrad Knuth**
**Conrad Knuth**
**P. O. Box 406**
**Ohio, IL 61349-0406**
**(815) 376 4082**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John Arthur Helfrich**
        **Kimberly Kay Helfrich**
                                                Case No.
                            Debtor(s)           Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

                            Number of Creditors:                        **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June  8, 2005**                **/s/ John Arthur Helfrich**
                                         **John Arthur Helfrich**
                                         Signature of Debtor

Date:   **June  8, 2005**                **/s/ Kimberly Kay Helfrich**
                                         **Kimberly Kay Helfrich**
                                         Signature of Debtor

Account Recovery SERV
5183 Harlem RD
Loves Park, IL 61111-3448


Advanta Mortgage
1 horsham BUS CTR
300 Welsh RD
Horsham, PA 19044


Alliance One
P. O. Box 3030
Anderson, IN 46018-3030


Arrow Financial SERV
5996 W Touhy AVE
Niles, IL 60714


ATG Credit LLC
P. O. Box 14895
Chicago, IL 60614


Aurora, City of
Ambulance Service
Aurora, IL


Capital One Credit
P. O. Box 85015
Richmond, VA 23285-5015


Capital One Credit
4851 Cox RD #1203
Glen Allen, VA 23060


Capital One Credit
4851 Cox RD
Glen Allen, VA 23060


Cash Store, The
1364 N Galena AVE
Dixon, IL 61021


Central IL Radiological ASSOC
5200 Reliable PKWY
Chicago, IL 60686-0052

CGH Medical CTR
100 E Lefevre RD
Sterling, IL 61081-1279


Chase Mortgage
P. O. Box 24850
Columbus, OH 43224-0850


Chase Mortgage
P. O. Box 509011 DEPT 310
San Diego, CA 92150-9011


ComEd
System Credit/Bankruptcy DEPT
2100 Swift DR
Oak Brook, IL 60523


Cornerstone CL
1007 W Riverside
P. O. Box 1658
Rockford, IL 61110-0158


CPI
723 1st ST P. O. Box 416
La Salle, IL 61301-0416


Credit Protection ASSN LP
1355 Noel RD
Dallas, TX 75240


Creditors' Protection SERV INC
202 W State ST
P. O. Box 4115
Rockford, IL 61110-0615


Creditors' Protection SERV INC
c/o Rockford Anesthesiologists
P. O. Box 4115
Rockford, IL 61110-0615


Edward Hospital
P. O. Box 4207
Carol Stream, IL 60197-4207

Edward Hospital & Health SERV
801 S Washington ST
Naperville, IL 60540-7060


Edwards Clinic
144 N. Court
Dixon, IL 61021


Elmhurst Rediologists SC
P. O. Box 1035
Bedford Park, IL 60499-1035


Emergency Treatment SC
900 Jorie BLVD STE 220
Oak Brook, IL 60523


Farley's Appliance
1245 N. Galena AVE
Dixon, IL 61021


Fieldstone Mortgage CO.
11000 Broken Land PKWY #600
Columbia, MD 21044


First Premier Bank
P. O. Box 5524
Sioux Falls, SD 57117-5524


First Premier Bank
900 W Delaware ST
Sioux Falls, SD 57104-0347


Fitch Miller d/b/a
J & J Marine
2407 W 4th ST
Dixon, IL 61021


Ford Bankruptcy Service Center
P. O. Box 537901
Livonia, MI 48153-7901


German, DDS Mark E
123 N Hennepin AVE
Dixon, IL 61021

H&R Accounts INC
7017 John Deere Parkway
P. O. Box 672
Moline, IL 61265-0672


Hey DDS, James O. Jr.
724 N. Brinton
Dixon, IL 61021


Insight Communications
115 N Galena AVE
Dixon, IL 61021-2117


KSB Hospital
403 E 1st ST
Dixon, IL 61021


KSB Medical Group
215 E 1st ST
Dixon, IL 61021


Lee County Circuit Clerk
Case No. 1998 LM 146
309 S Galena AVE
Dixon, IL 61021


Lee County Circuit Clerk
Case No. 01 SC 795
309 S Galena AVE
Dixon, IL 61021


Lee County Circuit Clerk
Case No. 03 SC 304
309 S Galena AVE
Dixon, IL 61021


Loyola University Medical CTR
2160 S 1st AVE
Maywood, IL 60153


Markoff & Krasny
29 N Wacker DR 5th FL
Chicago, IL 60606

MCI
P. O. Box 4450
Bridgeton, MO 63044


MCI Customer SERV
3470 Rider Trail South
Earth City, MO 63045-1109


Med 102 Associated Radiologists
P. O. Box 63151 Schuyler AVE
Kankakee, IL 60901


Med Collection Services
725 S Wells ST STE 700
Chicago, IL 60607-4521


Medical Arts CTR
102 S Hennepin AVE
Dixon, IL 61021-3060


Mutual Management SERV
c/o Medical Arts
P. O. Box 4777
Rockford, IL 61110-1777


Mutual Management SERV
401 E State ST 2nd FL
P. O. Box 4777
Rockford, IL 61110-1777


Naperville Radiologists SC
P. O. Box 70
Hinsdale, IL 60522-0070


NCO Financial
Account 877 212 9585
507 Prudential RD
Horsham, PA 19044


NCO Financial
P. O. Box 41466
Philadelphia, PA 19101-1466

Nicor
Bankruptcy/Collection
P. O. Box 549
Aurora, IL 60507-0549


Northland Group INC
P. O. Box 390846
Minneapolis, MN 55439-0846


Northland Group INC
P. O. Box 390846
Edina, MN 55439


Nowak DDS Raymond R. LTD
P. O. Box 782
Sterling, IL 61081-0782


Osami MD,
822 N 2nd ST
Rochelle, IL 61068


Park Dansan
113 W 3rd AVE
P. O. Box 248
Gastonia, NC 28053


Portfolio Recovery CSS LLC
P. O. Box 12914
Norfolk, VA 23541


Receivable Management Consultants
101 W 2nd ST STE 220
P. O. Box 787
Dixon, IL 61021-0787


Receivable Management Services
215 E 1st ST STE 117
P. O. Box 737
Dixon, IL 61021-0737


RMC
P O Box 787
Dixon, IL 61021

RMI-MCSI
18421 West ST STE 3
Lansing, IL 60438


RMS
P. O. Box 737
Dixon, IL 61021


Rock Valley Disposal
1214 S Bataan RD
Dixon, IL 61021


RRCA Accounts MANAGE INC
312 Locust ST
Sterling, IL 61081


SBC
One SBC CTR 28th FL
Saint Louis, MO 63101


Schmitt Plumbing
502 Illinois RTE 2
Dixon, IL 61021


St. Joseph Hospital Provena
77 N Airlite ST
Elgin, IL 60123-4912


Sterling Federal Bank
P. O. Box 617
Sterling, IL 61081-0617


Sterling Rock Falls Clinic LTD
101 E Miller RD
Sterling, IL 61081-1294


Swedish American Medical GR
P. O. Box 1557
Rockford, IL 61110-1557


SwedishAmerican Medical GR/MAC
2550 Charles ST
P. O. Box 1567
Rockford, IL 61110-0067

Tri-State ADJUST Freeport INC
P. O. Box 882
Freeport, IL 61032-0882


Tri-State ADJUST Freeport INC
773 W. Lincoln ST
Freeport, IL 61032


Verizon Wireless
777 Big Timber RD
Elgin, IL 60123


Verizon Wireless Midwest
1515 Woodfield RD STE 1400
Schaumburg, IL 60173


Warner Family Chiropractic
215 E First ST
Dixon, IL 61021