## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELFRICH, JOHN ARTHUR | ) | |
| HELFRICH, KIMBERLY KAY | ) | CASE NO. 05-72910 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE
BANKRUPTCY JUDGE MANUEL BARBOSA

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 06/08/05. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 07/18/2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $140,440.89. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of March 1, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)      12,798.96

    b.    DISBURSEMENTS (See Exhibit C)      1,462.22

    c.    NET CASH available for distribution      11,336.74

    d.    TRUSTEE/PROFESSIONAL COSTS

        1.    Trustee compensation requested      1,650.38

            (See Exhibit E)

        2.    Trustee Expenses (See Exhibit E)      75.56

      3.     Compensation requested by attorney or other professionals for trustee (See Exhibit F)     0.00

5. The Bar Date for filing unsecured claims expired on 12/13/05.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid Secured Claims     0.00
    b. Chapter 7 Administrative and 28 U.S.C. §1930 Claims     1,725.94
    c. Allowed Chapter 11 Administrative Claims     0.00
    d. Allowed Priority Claims     0.00
    e. Allowed Unsecured Claims     7,268.76

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 3.280%

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,725.94 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $350.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

    RESPECTFULLY SUBMITTED:

Dated: 03/01/2007     By: /s/ Bradley J. Waller
    BRADLEY J. WALLER, TRUSTEE
    KLEIN STODDARD BUCK WALLER
    2045 ABERDEEN COURT
    SYCAMORE, IL  60178

John A. Helfrich
Kimberly K. Helfrich
05-72910

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. The Trustee discovered that the John Helfrich was entitled to receive an inheritance. Upon further investigation it was determined that John Helfrich would receive 4.285% ($12,780.10) of the probate Estate of Vivyan I. Helfrich. The final account of said probate estate is attached hereto.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

The Trustee determined there are no tax issues concerning the estate.

The Trustee reviewed the claims filed in this case. The Trustee received a letter withdrawing secured claim # 12 of Sterling Federal Bank.

IN THE CIRCUIT COURT
OF THE FIFTEENTH JUDICIAL CIRCUIT
LEE COUNTY, ILLINOIS

FILED
NOV 27 2006
Lee County Circuit Clerk

IN THE ESTATE OF: )
)
VIVYAN I. HELFRICH, )  No.  2005-P-41
          Deceased. )

## FINAL ACCOUNT

Now comes Charles Helfrich and reports his acts as Executor from June 15, 2005, to November 15, 2006, and states as follows:

I. Receipts

| Initial Deposit from Amcore Checking Acct | $23,215.00 |
| Interest | $0.28 |
| Prudential Financial–life insurance | $6,779.33 |
| Jackson Life–life insurance | $101,356.91 |
| Franklin Templeton–investment | $47,783.97 |
| John Hancock–investment | $63,189.42 |
| IRS Refund | $3,222.00 |
| BP and Bristol-Meyers–investment | $66,069.98 |
| Thrivent Financial–life insurance | $6,561.67 |
| Prudential Financial–dividend check | $20.28 |
| Prudential Financial–investment | $1,935.99 |
| Final transfer from Amcore Checking Acct | $1,541.68 |

TOTAL RECEIPTS:                                $321,676.51

II. Disbursements

| Administration Expenses | $300.79 |
| Tax Preparation | $1,050.00 |
| IRS and IL Dept of Revenue | $17,343.47 |

TOTAL DISBURSEMENTS:                           $18,694.26

III. Recapitulation:
     Receipts                    $321,676.51
     - Disbursements             $ 18,694.26
     BALANCE:                    $302,982.25

IV. Distribution pursuant to the terms of the Last Will of Vivyan I. Helfrich:
    a. Payment of Executor Fees in the amount of $1,140.00;
    b. Payment of Attorney's Fees and court costs in the amount of $3,590.25; and
    c. Divide the remainder of the Estate, $298,252.00 as follows:

| Legatee | Percentage awarded pursuant to Will | Distribution Amount |
|---|---|---|
| Kathrena Ollis<br>Apt. 210-214<br>142 Street NW<br>Edmonton, AB  T5N-2P4<br>CANADA | 42.86% | $127,830.80 |
| Barbara Asser<br>924 Deal Street<br>Victoria, BC  V8S-5G3<br>CANADA | 4.763% | $14,205.74 |
| Joan Richards<br>84 Goodridge Dr.<br>St. Albert, AB  T8N-2B2<br>CANADA | 4.763% | $14,205.74 |
| Gerald B. Ollis<br>11 Piedmont Crescent<br>St. Albert, AB  T8N-5G2<br>CANADA | 4.764% | $14,208.73 |
| Barbara Helfrich<br>1223 W. Third St.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Michael Helfrich<br>734 Forest Park Dr.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Charles "Chuck" Helfrich<br>734 Forest Park Dr.<br>Dixon, IL 61021 | 4.285% | $12,780.09 |

| | | |
|---|---|---|
| William Helfrich<br>1582 Aurora St.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Scott Helfrich<br>1598 Chicago St.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Albert Helfrich, Jr.<br>518 W. Seventh St.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Daniel Helfrich<br>1563 Joliet Way<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| John Helfrich<br>1410 Ann Ave.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |

(To be made payable to John Helfrich and Bradley J. Waller, his Bankruptcy Trustee, and mailed to Attorney Waller)

| | | |
|---|---|---|
| Donald Helfrich<br>1100 S. Lincoln Ave.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |
| Glen P. Helfrich<br>1223 W. Third St.<br>Dixon, IL 61021 | 4.285% | $12,780.10 |

Respectfully submitted,

*Charles Helfrich Exec*
Charles Helfrich, Executor

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certify as aforesaid that he verily believes the same to be true.

*Charles Helfrich Exec.*
Charles Helfrich, Executor

Darla A. Foulker, 06281405
Ward & Ward Attorneys at Law
316 S. Peoria Ave., P.O. Box 216
Dixon, Illinois 61021
(815) 288-3600

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-72910 MB
**Case Name:** HELFRICH, JOHN ARTHUR
HELFRICH, KIMBERLY KAY
**Period Ending:** 03/01/07

**Trustee:** (330501)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 06/08/05 (f)
**§341(a) Meeting Date:** 07/08/05
**Claims Bar Date:** 12/13/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 59,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 961.89 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS, PICTURES, ART | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 120.00 | 0.00 | DA | 0.00 | FA |
| 7 | INSURANCE POLICIES | 796.00 | 0.00 | DA | 0.00 | FA |
| 8 | PENSION PLANS | 63,103.28 | 0.00 | DA | 0.00 | FA |
| 9 | CHILD SUPPORT OF $100/WK | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | WIFE'S TTD FROM CAMBRIDGE INTEGRATED SERVICES | 1,030.72 | 0.00 | DA | 0.00 | FA |
| 11 | WIFE'S WORKER'S COMP CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | LICENSES | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 BUICK PARK AVENUE | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2000 OLDSMOBILE ALERO GX | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1993 BUICK SKYLARK | 520.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1991 PONTIAC GRAND PRIX SC | 275.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 05-72910 MB | **Trustee:** | (330501) | BRADLEY J. WALLER |
|---|---|---|---|---|
| **Case Name:** | HELFRICH, JOHN ARTHUR | **Filed (f) or Converted (c):** | 06/08/05 (f) | |
| | HELFRICH, KIMBERLY KAY | **§341(a) Meeting Date:** | 07/08/05 | |
| **Period Ending:** | 03/01/07 | **Claims Bar Date:** | 12/13/05 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 1995 17' SPPED BOAT | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2 DOGS | 20.00 | 0.00 | DA | 0.00 | FA |
| 19 | DCFS BENEFITS | 454.00 | 0.00 | DA | 0.00 | FA |
| 20 | POSSIBLE INHERITANCE  (u) | 5,000.00 | 12,780.10 | | 12,780.10 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 18.86 | Unknown |
| 21 | **Assets**    **Totals**  (Excluding unknown values) | **$140,440.89** | **$12,780.10** | | **$12,798.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007   **Current Projected Date Of Final Report (TFR):** December 31, 2007

Printed: 03/01/2007 04:56 PM    V.9.02

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-72910 MB | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | HELFRICH, JOHN ARTHUR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HELFRICH, KIMBERLY KAY | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7549561 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/01/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/06 | {20} | Vivyan Irene Helfrich Estate | Inheritance | 1249-000 | 12,780.10 | | 12,780.10 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.20 | | 12,784.30 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.52 | | 12,792.82 |
| 02/11/07 | 1001 | John Helfrich | Payment for Inheritance Exemption | 8100-002 | | 1,453.11 | 11,339.71 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.14 | | 11,345.85 |
| 03/01/07 | 1002 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-72910<br>Voided on 03/01/07 | 2300-000 | | ! 9.11 | 11,336.74 |
| 03/01/07 | 1002 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-72910<br>Voided: check issued on 03/01/07 | 2300-000 | | ! -9.11 | 11,345.85 |
| 03/01/07 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-72910 | 2300-000 | | 9.11 | 11,336.74 |
| | | | **ACCOUNT TOTALS** | | 12,798.96 | 1,462.22 | $11,336.74 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,798.96 | 1,462.22 | |
| | | | Less: Payments to Debtors | | | 1,453.11 | |
| | | | **NET Receipts / Disbursements** | | **$12,798.96** | **$9.11** | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 03/01/2007 04:56 PM   V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-72910 MB  
**Case Name:** HELFRICH, JOHN ARTHUR  
HELFRICH, KIMBERLY KAY  
**Taxpayer ID #:** 13-7549561  
**Period Ending:** 03/01/07

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # ***-*****40-65 | 12,798.96 | 9.11 | 11,336.74 |
| | | $12,798.96 | $9.11 | $11,336.74 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELFRICH, JOHN ARTHUR | ) | |
| HELFRICH, KIMBERLY KAY | ) | CASE NO. 05-72910 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,725.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,878.71 |
| Post-Petition Interest: | $ 390.05 |
| Surplus to Debtor: | $ 2,342.04 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 11,336.74 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                          **PAGE 2**

| **1.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **2.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $1,725.94 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER | 1,650.38 | 1,650.38 |
| | BRADLEY J. WALLER | 75.56 | 75.56 |

| **3.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **4.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

|  | TOTAL | FINAL |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 9. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | $6,878.71 | 100.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                   **PAGE 5**

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Dr. David Warner, D.C. | 64.50 | 64.50 |
| 2 | Dr. David Warner, D.C. | 99.50 | 99.50 |
| 3 | Portfolio Recovery Associates, LLC | 3,076.71 | 3,076.71 |
| 4 | Creditors' Protection SERV INC | 131.00 | 131.00 |
| 5 | RRCA Accounts MANAGE INC | 133.12 | 133.12 |
| 6 | RRCA Accounts MANAGE INC | 65.32 | 65.32 |
| 7 | RRCA Accounts MANAGE INC | 67.40 | 67.40 |
| 8 | RRCA Accounts MANAGE INC | 283.98 | 283.98 |
| 9 | Janet Dolg | 456.00 | 456.00 |
| 10 | Tri-State ADJUST Freeport INC | 188.85 | 188.85 |
| 11 | Dr Mark German | 116.63 | 116.63 |
| 13 | RMI-MCSI | 250.05 | 250.05 |
| 14 | Premier Bankcard | 247.63 | 247.63 |
| 15 | Diversified Services Group | 1,233.88 | 1,233.88 |
| 16 | Verizon Wireless Midwest/AFNI | 464.14 | 464.14 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
|  | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

|  |  | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

| **15.** | **TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(5) - Interest | $390.05 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1I | Dr. David Warner, D.C. | 3.66 | 3.66 |
| 2I | Dr. David Warner, D.C. | 5.64 | 5.64 |
| 3I | Portfolio Recovery Associates, LLC | 174.46 | 174.46 |
| 4I | Creditors' Protection SERV INC | 7.43 | 7.43 |
| 5I | RRCA Accounts MANAGE INC | 7.55 | 7.55 |
| 6I | RRCA Accounts MANAGE INC | 3.70 | 3.70 |
| 7I | RRCA Accounts MANAGE INC | 3.82 | 3.82 |
| 8I | RRCA Accounts MANAGE INC | 16.10 | 16.10 |
| 9I | Janet Dolg | 25.86 | 25.86 |
| 10I | Tri-State ADJUST Freeport INC | 10.71 | 10.71 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                          **PAGE 7**

| | | | |
|---|---|---:|---:|
| 11I | Dr Mark German | 6.61 | 6.61 |
| 13I | RMI-MCSI | 14.18 | 14.18 |
| 14I | Premier Bankcard | 14.04 | 14.04 |
| 15I | Diversified Services Group | 69.97 | 69.97 |
| 16I | Verizon Wireless Midwest/AFNI | 26.32 | 26.32 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $2,342.04 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| SURPLUS | HELFRICH, JOHN ARTHUR | 2,342.04 | 2,342.04 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---:|---|
| Secured | 12 | Sterling Federal Bank, F.S.B.<br>POB 617<br>Sterling, IL  61081 | $2,474.64 | Withdrawn per Letter dated 02/08/2007 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____         _____
                                                                    BRADLEY J. WALLER, Trustee

**EXHIBIT D**



# WARD, MURRAY, PACE & JOHNSON, P.C.
### LAW OFFICES

| | | |
|---|---|---|
| PHILIP H. WARD, JR., OF COUNSEL<br>DAVID E. MURRAY, OF COUNSEL<br>OLE B. PACE III, P.C., OF COUNSEL<br>LAURENCE F. JOHNSON<br>ROBERT E. BRANSON<br>MARK E. ZUMDAHL<br>RICHARD A. PALMER<br>JOSEPH E. HEATON, JR.<br>PAUL A. OSBORN<br>JAMES L. REESE | 202 EAST FIFTH STREET<br>P.O. BOX 400<br>STERLING, ILLINOIS 61081<br><br>100 EAST FIRST STREET<br>2ND FLOOR FIFTH THIRD BANK<br>P.O. BOX 404<br>DIXON, ILLINOIS 61021<br>www.wmpj.com | THOMAS L. SANDERS<br>JOHN A. GUZZARDO<br>LISA A. GABRIEL<br>DANIEL C. HAWKINS<br>TIMOTHY B. ZOLLINGER<br>ROBERT T. LESAGE III<br>TRENT L. BUSH<br>TONY J. MILLER<br>MATHEW M. KEEGAN |

February 8, 2007

VIA FACSIMILE 748-4030

Mr. Brad Waller
KLINE, STODDARD, BUCK & WALLER
555 Bethany Road
Dekalb, IL 60115

        Re:    John and Kimberly Helfrich 05-72910

Dear Brad:

        You contacted me regarding a secured claim filed by Sterling Federal Bank, F.S.B. in this bankruptcy. The Bank has checked their records, and shows the account paid in full by insurance proceeds in December, 2005. Since the loan has been paid in full, we request by this letter, that you allow us to withdraw the secured claim previously filed on behalf of the Bank.

        Very truly yours,

        WARD, MURRAY, PACE AND JOHNSON, P.C.

        By _____
                Lisa A. Gabriel

LAG:teg
cc: Jean Moe

*Claim 12*

STERLING (815) 625-8200        MILLEDGEVILLE (815) 225-7300        DIXON (815) 284-8200
FAX (815) 625-8363                                                           FAX (815) 284-0926

John A. & Kimberly K. Helfrich
05-72910

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Conrad Knuth, PO Box 406, Ohio, IL 61349-0406 | 350.00 | 0.00 | 350.00 |
| **Other Professionals** Bradley J. Waller, Trustee, Klein, Stoddard, Buck, Waller & Lewis, 2045 Aberdeen Court, Sycamore, IL 60178 | 0.00 | 1,725.94 | 1,725.94 |
| TOTAL | $ 350.00 | $ 1,725.94 | $ 2,075.94 |

**EXHIBIT G**