**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELFRICH, JOHN ARTHUR | ) | |
| HELFRICH, KIMBERLY KAY | ) | CASE NO. 05-72910 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation $ 1,650.38

2. Trustee's expenses $ 75.56

   TOTAL $ 1,725.94

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation $ 0.00

   b. Expenses $ 0.00

2. Accountant for the Trustee
   a. Compensation $ 0.00

   b. Expenses $ 0.00

3. Other Professionals $ 0.00

   TOTAL $ 0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: _____

ENTERED: _____
MANUEL BARBOSA
UNITED STATES BANKRUPTCY JUDGE