Case Name:   JOHN A. AND KIMBERLY K. HELFRICH
Case No:     05-72910

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  March 6, 2007        WILLIAM T. NEARY
                                       United States Trustee, Region 11

                            BY:    */s/ Carole J. Ryczek*
                                 CAROLE J. RYCZEK
                                 Attorney for the United States Trustee