**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HELFRICH, JOHN ARTHUR | ) | |
| HELFRICH, KIMBERLY KAY | ) | CASE NO. 05-72910 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: EMCO Plaza, 57 W. Jefferson, Second Floor, Joliet, Illinois

    on: April 25, 2007
    at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $          12,798.96

    b. Disbursements                           $           1,462.22

    c. Net Cash Available for Distribution     $          11,336.74

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 1,650.38 | $ 75.56 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $6,878.71, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Dr. David Warner, D.C. | $ 64.50 | $ 64.50 |
| 2 | Dr. David Warner, D.C. | $ 99.50 | $ 99.50 |
| 3 | Portfolio Recovery Associates, LLC | $ 3,076.71 | $ 3,076.71 |
| 4 | Creditors' Protection SERV INC | $ 131.00 | $ 131.00 |
| 5 | RRCA Accounts MANAGE INC | $ 133.12 | $ 133.12 |
| 6 | RRCA Accounts MANAGE INC | $ 65.32 | $ 65.32 |
| 7 | RRCA Accounts MANAGE INC | $ 67.40 | $ 67.40 |
| 8 | RRCA Accounts MANAGE INC | $ 283.98 | $ 283.98 |
| 9 | Janet Dolg | $ 456.00 | $ 456.00 |
| 10 | Tri-State ADJUST Freeport INC | $ 188.85 | $ 188.85 |
| 11 | Dr Mark German | $ 116.63 | $ 116.63 |
| 13 | RMI-MCSI | $ 250.05 | $ 250.05 |
| 14 | Premier Bankcard | $ 247.63 | $ 247.63 |
| 15 | Diversified Services Group | $ 1,233.88 | $ 1,233.88 |
| 16 | Verizon Wireless Midwest/AFNI | $ 464.14 | $ 464.14 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Bank Accounts
    c. Household Goods
    d. Books, Pictures, Art
    e. Wearing Apparel
    f. Furs and Jewelry
    g. Insurance Policies
    h. Pension Plans
    i. Child Support
    j. Wife's TTD
    k. Wife's Worker's Comp Claim
    l. Licenses
    m. 1997 Buick Park Avenue
    n. 2000 Oldsmobile Alero GX
    o. 1993 Buick Skylark
    p. 1991 Pontiac Grand Prix SC
    q. 1995 17' Speed Boat
    r. 2 Dogs
    s. DCFS Benefits

Dated: March 7, 2007                    For the Court,

                              By: Kenneth Gardner
                                  Clerk of the United States Bankruptcy Court

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2            Date Rcvd: Mar 07, 2007
Case: 05-72910                 Form ID: pdf002             Total Served: 91

The following entities were served by first class mail on Mar 09, 2007.
db          +John Arthur Helfrich,    1410 Ann AVE,    Dixon, IL 61021-1410
jdb         +Kimberly Kay Helfrich,    1410 Ann AVE,    Dixon, IL 61021-1410
aty          Conrad J Knuth,    P. O. Box 406,    Ohio, IL 61349-0406
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9435636     +ATG Credit LLC,    P. O. Box 14895,    Chicago, IL 60614-0895
9435632      Account Recovery SERV,    5183 Harlem RD,    Loves Park, IL 61111-3448
9435633     +Advanta Mortgage,    1 horsham BUS CTR,    300 Welsh RD,    Horsham, PA 19044-2248
9435634      Alliance One,    P. O. Box 3030,    Anderson, IN 46018-3030
9435635     +Arrow Financial SERV,    5996 W Touhy AVE,    Niles, IL 60714-4610
9435637      Aurora, City of,    Ambulance Service,    Aurora, IL
9788406     +Baker Miller Markoff Krasny LC,    29 N Wacker Dr 5th Fl,    Chicago, IL 60606-2840
9435643      CGH Medical CTR,    100 E Lefevre RD,    Sterling, IL 61081-1279
9435640     +Capital One Credit,    4851 Cox RD,    Glen Allen, VA 23060-6293
9435639     +Capital One Credit,    4851 Cox RD #1203,    Glen Allen, VA 23060-6293
9435638      Capital One Credit,    P. O. Box 85015,    Richmond, VA 23285-5015
9435641     +Cash Store, The,    1364 N Galena AVE,    Dixon, IL 61021-1010
9435642     +Central IL Radiological ASSOC,    5200 Reliable PKWY,    Chicago, IL 60686-0001
9435644      Chase Mortgage,    P. O. Box 24850,    Columbus, OH 43224-0850
9435645      Chase Mortgage,    P. O. Box 509011 DEPT 310,    San Diego, CA 92150-9011
9435646     +ComEd,   System Credit/Bankruptcy DEPT,    2100 Swift DR,    Oak Brook, IL 60523-1559
9435647      Cornerstone CL,    1007 W Riverside,    P. O. Box 1658,    Rockford, IL 61110-0158
9435649      Credit Protection ASSN LP,    1355 Noel RD,    Dallas, TX 75240
9435650      Creditors' Protection SERV INC,    202 W State ST,    P. O. Box 4115,    Rockford, IL 61110-0615
9435651      Creditors' Protection SERV INC,    c/o Rockford Anesthesiologists,    P. O. Box 4115,
              Rockford, IL 61110-0615
10472264    +Diversified Services Group,    c/o Rush Copley,    5800 E Thomas RD STE 107,
              Scottsdale AZ 85251-7510
9435648      Dr Mark German,    CPI,   723 1st ST P. O. Box 416,    La Salle, IL 61301-0416
9639351     +Dr. David Warner, D.C.,    Commerce Towers,    215 E. First St. Ste 157,    Dixon, IL 61021-3175
9435652      Edward Hospital,    P. O. Box 4207,    Carol Stream, IL 60197-4207
9435653     +Edward Hospital & Health SERV,    801 S Washington ST,    Naperville, IL 60540-7499
9435654     +Edwards Clinic,    144 N. Court,    Dixon, IL 61021-1287
9435655      Elmhurst Rediologists SC,    P. O. Box 1035,    Bedford Park, IL 60499-1035
9435656     +Emergency Treatment SC,    900 Jorie BLVD STE 220,    Oak Brook, IL 60523-3846
9435657     +Farley's Appliance,    1245 N. Galena AVE,    Dixon, IL 61021-1001
9435658     +Fieldstone Mortgage CO.,    11000 Broken Land PKWY #600,    Columbia, MD 21044-3534
9435659      First Premier Bank,    P. O. Box 5524,    Sioux Falls, SD 57117-5524
9435660     +First Premier Bank,    900 W Delaware ST,    Sioux Falls, SD 57104-0337
9435661     +Fitch Miller d/b/a,    J & J Marine,    2407 W 4th ST,    Dixon, IL 61021-2407
9435662      Ford Bankruptcy Service Center,    P. O. Box 537901,    Livonia, MI 48153-7901
9435663     +German, DDS Mark E,    123 N Hennepin AVE,    Dixon, IL 61021-2010
9435665     +Hey DDS, James O. Jr.,    724 N. Brinton,    Dixon, IL 61021-1610
9435666      Insight Communications,    115 N Galena AVE,    Dixon, IL 61021-2117
9788407     +Janet Dolg,   8525 E Flagg Rd,    Chana, IL 61015-9723
9435667     +KSB Hospital,    403 E 1st ST,    Dixon, IL 61021-3187
9435668     +KSB Medical Group,    215 E 1st ST,    Dixon, IL 61021-3198
9435671     +Lee County Circuit Clerk,    Case No. 03 SC 304,    309 S Galena AVE,    Dixon, IL 61021-3090
9435670     +Lee County Circuit Clerk,    Case No. 01 SC 795,    309 S Galena AVE,    Dixon, IL 61021-3090
9435669     +Lee County Circuit Clerk,    Case No. 1998 LM 146,    309 S Galena AVE,    Dixon, IL 61021-3090
9435672     +Loyola University Medical CTR,    2160 S 1st AVE,    Maywood, IL 60153-3328
9435674     +MCI,   P. O. Box 4450,    Bridgeton, MO 63044-0450
9435675      MCI Customer SERV,    3470 Rider Trail South,    Earth City, MO 63045-1109
9435673     +Markoff & Krasny,    29 N Wacker DR 5th FL,    Chicago, IL 60606-2840
9435676      Med 102 Associated Radiologists,    P. O. Box 63151 Schuyler AVE,    Kankakee, IL 60901
9435677     +Med Collection Services,    725 S Wells ST STE 700,    Chicago, IL 60607-4578
9435678     +Medical Arts CTR,    102 S Hennepin AVE,    Dixon, IL 61021-3083
9435679     +Mutual Management SERV,    c/o Medical Arts,    P. O. Box 4777,    Rockford, IL 61110-4777
9435680     +Mutual Management SERV,    401 E State ST 2nd FL,    P. O. Box 4777,    Rockford, IL 61110-4777
9435682     +NCO Financial,    Account 877 212 9585,    507 Prudential RD,    Horsham, PA 19044-2308
9435683      NCO Financial,    P. O. Box 41466,    Philadelphia, PA 19101-1466
9435681      Naperville Radiologists SC,    P. O. Box 70,    Hinsdale, IL 60522-0070
9435686     +Northland Group INC,    P. O. Box 390846,    Edina, MN 55439-0846
9435685      Northland Group INC,    P. O. Box 390846,    Minneapolis, MN 55439-0846
9435687      Nowak DDS Raymond R. LTD,    P. O. Box 782,    Sterling, IL 61081-0782
9435688     +Osami MD,,   822 N 2nd ST,    Rochelle, IL 61068-1766
9435689     +Park Dansan,    113 W 3rd AVE,    P. O. Box 248,    Gastonia, NC 28053-0248
9788408     +Petrie Chiropractic Clinic,    315 S Peoria Ave,    Dixon, IL 61021-2956
9877309     +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
9435690     +Portfolio Recovery CSS LLC,    P. O. Box 12914,    Norfolk, VA 23541-0914
10471410    +Premier Bankcard,    Premier/CSI-Dept SDPR,    POB 2208,    Vacaville, CA 95696-8208
9435693     +RMC,   P O Box 787,    Dixon, IL 61021-0787
9435694      RMI-MCSI,    18421 West ST STE 3,    Lansing, IL 60438
9435695     +RMS,   P. O. Box 737,    Dixon, IL 61021-0737
9435697     +RRCA Accounts MANAGE INC,    312 Locust ST,    Sterling, IL 61081-3539
9435691      Receivable Management Consultants,    101 W 2nd ST STE 220,    P. O. Box 787,    Dixon, IL 61021-0787
9435692      Receivable Management Services,    215 E 1st ST STE 117,    P. O. Box 737,    Dixon, IL 61021-0737
9435696     +Rock Valley Disposal,    1214 S Bataan RD,    Dixon, IL 61021-8308
9435698     +SBC,   One SBC CTR 28th FL,    Saint Louis, MO 63101-3004
9435699     +Schmitt Plumbing,    502 Illinois RTE 2,    Dixon, IL 61021-9123
9435700     +St. Joseph Hospital Provena,    77 N Airlite ST,    Elgin, IL 60123-4998
9435701      Sterling Federal Bank,    P. O. Box 617,    Sterling, IL 61081-0617
9937221     +Sterling Federal Bank, F.S.B.,    POB 617,    Sterling IL 61081-0617
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                Date Rcvd: Mar 07, 2007
Case: 05-72910                 Form ID: pdf002             Total Served: 91

9435702     Sterling Rock Falls Clinic LTD,    101 E Miller RD,    Sterling, IL 61081-1294
9435703    +Swedish American Medical GR,    P. O. Box 1557,    Rockford, IL 61110-0057
9435704     SwedishAmerican Medical GR/MAC,    2550 Charles ST,    P. O. Box 1567,    Rockford, IL 61110-0067
9435705     Tri-State ADJUST Freeport INC,    P. O. Box 882,    Freeport, IL 61032-0882
9435706     Tri-State Adjustments Freeport,    440 Challenge St,    Freeport, IL 61032-2540
10498988   +Verizon Wireless Midwest/AFNI,    404 Brock Dr,    Bloomington IL 61701-2654
9435709    +Warner Family Chiropractic,    215 E First ST,    Dixon, IL 61021-3166
The following entities were served by electronic transmission on Mar 08, 2007.
9435664    +E-mail/PDF: bankruptcy@hraccounts.com Mar 08 2007 05:00:56      H&R Accounts INC,
             7017 John Deere Parkway,    P. O. Box 672,    Moline, IL 61266-0672
9435684     E-mail/Text: bankrup@nicor.com                            Nicor,    Bankruptcy/Collection,
             P. O. Box 549,    Aurora, IL 60507-0549
9435707    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 08 2007 05:02:37      Verizon Wireless,
             777 Big Timber RD,    Elgin, IL 60123-1401
9435708    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 08 2007 05:02:36
             Verizon Wireless Midwest,    1515 Woodfield RD STE 1400,    Schaumburg, IL 60173-5497
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Chase Home Finance LLC
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 09, 2007**    **Signature:** _Joseph Speetjens_