## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HELFRICH, JOHN ARTHUR<br>HELFRICH, KIMBERLY KAY<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-72910 MB<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:   THE HONORABLE MANUEL BARBOSA
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed with the exception of checks #1002, #107 & #122.  Check #1002 was voided and not printed.  The Trustee placed a Stop Payment on checks #107 & #122 after 90 days outstanding.  The Trustee reissued the checks to the Clerk of the US Bankruptcy Court. Evidence of cancelled check(s) is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 02/11/2008 _____        /s/ Bradley J. Waller _____
                                        BRADLEY J. WALLER, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: _February 12, 2008_          WILLIAM T. NEARY
                                   United States Trustee


                                   By: _____
                                   Carole J. Ryczek, Attorney for U.S. Trustee